# United States Court of Appeals for the Federal Circuit

---

**JEM D INTERNATIONAL (MICHIGAN) INC. USA, JEM D MARKETING (VIRGINIA) INC., RED SUN FARMS HOLDINGS USA LLC, RED SUN FARMS VIRGINIA LLC,**

*Plaintiffs-Appellants*

v.

**UNITED STATES, THE FLORIDA TOMATO EXCHANGE,**

*Defendants-Appellees*

---

2021-1292

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00127-JCG, Judge Jennifer Choe-Groves.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered April 14, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 6, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court